**DISMISS and Opinion Filed September 23, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00650-CR**

**ANDREW MONTELONGO, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-11563-P**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Myers, and Justice Carlyle
Opinion by Chief Justice Burns

On December 5, 2019, Andrew Montelongo was convicted of aggravated sexual assault of a child younger than fourteen years of age and sentenced to life in prison. On June 24, 2020, appellant filed his notice of appeal in the trial court; that document was forwarded to this Court on July 2, 2020. After reviewing the copy of the judgment filed along with the notice of appeal, the Court had concerns regarding its jurisdiction over this appeal and asked appellant and the State to file jurisdictional letter briefs addressing the jurisdictional issue. Although appellant did not respond, the State filed its August 11, 2020 response stating we lack jurisdiction.

A timely filed notice of appeal is required to invoke this Court's jurisdiction. *Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012). In the absence of a timely filed notice of appeal, we have no option other than to dismiss the appeal. *Id*. A defendant perfects an appeal by filing with the trial court clerk, within thirty days after the date sentence was imposed, or within ninety days after sentencing if the defendant timely filed a motion for new trial, a written notice of appeal showing his desire to appeal. *See* TEX. R. APP. P. 25.2(b), (c), 26.2(a).

The trial court entered its judgment on December 5, 2019; absent a timely filed motion for new trial, any notice of appeal was due on January 6, 2020. *See* TEX. R. APP. P. 4.1, 26.2(a). Because appellant's notice of appeal was untimely filed on June 24, 2020, we conclude we lack jurisdiction over this appeal.

We dismiss this appeal for want of jurisdiction.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
200650F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ANDREW MONTELONGO,
Appellant

No. 05-20-00650-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F18-11563-P.
Opinion delivered by Chief Justice
Burns. Justices Myers and Carlyle
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered September 23, 2020